Hazel Krum, Administratrix of Estate of John Robert Krum, Deceased, Appellant, v. Miles Rogers, Appellee.

Gen. No. 9,456.

632

opinion filed October 11, 1939. A. M. Hamilton, B. Jay Knight and J. E. Goembel, for appellant; Frederick H. Haye, of counsel; Martin v. Peterman and Robert L. Bracken, for appellee. Opinion by PRESIDING JUSTICE DOVE. "Not to be published in full."